1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10    KAMSOTH SUON,

11             Petitioner,             No. CIV S-10-2491 MCE KJM P

12         vs.

13    SUSAN L. HUBBARD,

14             Respondent.            <u>ORDER</u>

15    _____/

16             Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not filed a request to proceed in

18    forma pauperis or paid the filing fee.  In his application, petitioner challenges a conviction issued

19    by the Stanislaus County Superior Court.  Stanislaus County is part of the Fresno Division of the

20    United States District Court for the Eastern District of California.  <u>See</u> Local Rule 120(d).

21             Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22    the proper division of a court may, on the court's own motion, be transferred to the proper

23    division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24    court.

25    /////

26    /////

1

1    Good cause appearing, IT IS HEREBY ORDERED that:

2          1.  This action is transferred to the United States District Court for the Eastern

3    District of California sitting in Fresno; and

4          2.  All future filings shall reference the new Fresno case number assigned and

5    shall be filed at:

6          United States District Court
           Eastern District of California
7          2500 Tulare Street
           Fresno, CA 93721

8

9    DATED:  October 5, 2010.

10   _____
     U.S. MAGISTRATE JUDGE
11

12   4
     suon2491.109
13

14

15

16

17

18

19

20

21

22

23

24

25

26